**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MATERIAL HANDLING PRODUCTS CORPORATION,

        Plaintiff/Counter-Defendant,

        v.                          Civil Case No. 1:11-CV-118
                                            (GTS/DRH)

NACCO MATERIALS HANDLING GROUP, INC.,
d/b/a Yale Materials Handling Corporation,

        Defendant/Counter-Claimant.

---

Appearances:                             Of Counsel:

PHILLIPS, LYTLE LAW FIRM           Kelly M. Lester, Esq.
Attorneys for Plaintiff/Counter-Defendant   Marc H. Goldberg, Esq.
Omni Plaza, 30 South Pearl Street       Richard E. Honen, Esq.
Albany, NY 12207

HANCOCK & ESTABROOK             Ashley D. Hayes, Esq.
Attorneys for Defendant/Counter-Plaintiff
1500 AXA Tower I
Syracuse, NY 13221

FOLEY, LARDNER LAW FIRM        Michael J. Lockerby, Esq.
Attorneys for Defendant/Counter-Plaintiff
Washington Harbour
3000 K Street, NW, Suite 600
Washington, DC 20007

Glenn T. Suddaby, U.S. District Judge

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

    The Court having been advised Magistrate Judge Homer that the parties in this

action have entered into an agreement in settlement of all claims in this action, and that

they reasonably anticipate finalizing their agreement shortly, following which this action will

be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal

Rules of Civil Procedure.  Counsel has also advised that no infant or incompetent is a party to this action.  Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.  It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within thirty (30) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within thirty (30) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

ORDERED that the Clerk shall serve copies of this Judgment upon the attorneys for the parties appearing in this action.

Dated:        September 29, 2011
              Syracuse, NY

Hon. Glenn T. Suddaby
U.S. District Judge