UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MATERIAL HANDLING PRODUCTS CORPORATION

                Plaintiff/Counter -Defendant,

                v.

NACCO MATERIALS HANDLING GROUP, INC., d/b/a
Yale Materials Handling Corporation,

                Defendant/Counter-Claimant.

**STIPULATION OF DISCONTINUANCE**

Civil Case No.: 1:11-cv-118
              (GTS/DHR)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    October 13, 2011

                PHILLIPS LYTLE LLP

By: _____
    Richard E. Honen, Esq. (103002)
    Kelly Mooney Lester, Esq. (510461)
    Marc H. Goldberg, Esq. (101803)
    *Attorneys for Plaintiff*
    Omni Plaza
    30 South Pearl Street
    Albany, New York 12207

DATED:     October ___, 2011          FOLEY & LARDNER LLP

                                By:   _____
                                      Michael J. Lockerby, Esq. (302799)
                                      Marilee L. Miller (not admitted in NY)
                                      Dineo Mpela-Thompson
                                      (not admitted in NY)
                                      *Co-Counsel for Defendant*
                                      Washington Harbour
                                      3000 K Street, N.W., Suite 600
                                      Washington, D.C. 20007-5143
                                      (914) 482-3137

                                      and

                                      HANCOCK ESTABROOK, LLP
                                      Ashley D. Hayes, Esq. (511333)
                                      *Co-Counsel for Defendant*
                                      1500 AXA Tower 1
                                      100 Madison Street
                                      Syracuse, New York 13202

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 10/26/11